Report Date: September 20, 2017

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 1 2017

SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Alberto Soto          Case Number: 0980 2:10CR02012-LRS-1

Address of Offender: Last known: ▮▮▮▮▮▮▮▮▮ Union Gap, Washington 98903

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 9, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 59 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 26, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 25, 2018 |

## PETITIONING THE COURT

#### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

1    **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

> **Supporting Evidence**: Mr. Soto admitted having used methamphetamine and heroin on September 14, 2017.

On October 26, 2015, supervised release conditions were reviewed and signed by Mr. Soto acknowledging his understanding of mandatory condition number 3, which prohibits him from using a controlled substance. On September 14, 2017, Mr. Soto reported to the probation office and was instructed to submit to urinalysis testing. Mr. Soto stated he was not able to produce the specimen but admitted to having consumed illegal substances. Mr. Soto signed the admission/denial form admitting to having used methamphetamine and heroin on September 13, 2017.

2    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Soto failed to report to the probation office as directed on September 19, 2017.

On October 26, 2015, supervised release conditions were reviewed and signed by Mr. Soto acknowledging his understanding of standard condition number 3, which requires the defendant to follow the instructions of the probation officer. On September 14, 2017, Mr. Soto was directed to report back to the probation office on September 18, 2017. However, he failed to report as instructed. On September 19, 2017, a text message was sent to Mr. Soto regarding his missed appointment the previous day. He acknowledged having missed the appointment. Another text message was sent to Mr. Soto directing him to report this same date by 4 p.m.. Mr. Soto again failed to report.

3     **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Soto failed to report to the probation office and submit to urinalysis testing as directed on September 18, 2017.

On October 26, 2015, supervised release conditions were reviewed and signed by Mr. Soto acknowledging his understanding of special condition number 17, which requires him to submit to urinalysis testing as directed by his supervising officer. On September 14, 2017, Mr. Soto was directed to report back to the probation office to submit to urinalysis testing on September 18, 2017. However, Mr. Soto failed to report as instructed. On September 19, 2017, a text message was sent to Mr. Soto regarding his missed appointment the previous day. He acknowledged having missed the appointment. Another text message was sent to Mr. Soto directing him to report this same date by 4 p.m. Mr. Soto again failed to report.

4     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On September 19, 2017, Mr. Soto was charged with assault fourth degree, Yakima County District Court cause number 7Z0883241.

On October 26, 2015, supervised release conditions were reviewed and signed by Mr. Soto acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another Federal, state, or local crime. On September 20, 2017, the probation office learned that Mr. Soto had been charged with fourth degree assault.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 20, 2017
_____

s/Jose Zepeda
_____

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/21/17
_____
Date