PROB 12C
(6/16)

Report Date: December 20, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Luis Alberto Soto      Case Number: 0980 2:10CR02012-LRS-1

Address of Offender:      Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 9, 2011

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 59 months; TSR - 36 months      Type of Supervision: Probation

Asst. U.S. Attorney:   Benjamin David Seal      Date Supervision Commenced: 10/26/2015

Defense Attorney       Federal Defenders Office      Date Supervision Expires: 10/25/2018

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2017 and 10/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On December 19, 2017, Mr. Soto possessed heroin.<br><br>Mr. Soto's conditions were reviewed with him on October 26, 2015. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 3, as noted above.<br><br>On December 19, 2017, Mr. Soto was arrested by the United States Marshals Service on an outstanding federal warrant. At the time of his arrest he was found to be in possession of heroin. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 20, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [x] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

12/20/17

Date